**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTOPHER JOHN ADAMS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-7291** |
| | : | |
| **COURT OF COMMON PLEAS** | : | |
| **OF PHILADELPHIA COUNTY,** *et al.*, | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 10th day of June, 2026, upon consideration of Plaintiff Christopher John Adams's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), Emergency Motion for Temporary Restraining Order, and Request for Counsel, it is **ORDERED** that:

1.  Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.  The Complaint is **DEEMED** filed.

3.  The Clerk of Court is **DIRECTED** to separately docket the Emergency Motion for Temporary Restraining Order (*see* ECF No. 2 at 11-15) and the request for counsel (ECF No. 2 at 4), which are included in Adams's Complaint.

4.  The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

5.  Adams's Emergency Motion for Temporary Restraining Order is **DENIED AS MOOT**.

6.  Adams's request for counsel is **DENIED AS MOOT**.

7.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____

**MARY KAY COSTELLO, J.**